Melissa Newel (#148563)
NEWEL LAW
352 24th Street
Oakland, CA 94612
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
MELVIN EUGENE TURNBOW


PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS
160 Spear Street, Suite 800
San Francisco, CA 94105
(415) 977-8931
chantal.jenkins@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN EUGENE TURNBOW,<br><br>        Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>        Defendant. | No. 1:16-CV-1227 (EPG)<br><br>**JOINT STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE** |

| | | | |
|---|---|---|---|
| 1 | | | IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Plaintiff shall have an extension of time of thirty (30) days to file her Opening Brief. Plaintiff's counsel seeks this extension due to a serious illness in her family resulting in significant unanticipated time away from the office and a corresponding negative impact on briefing schedules. Counsel shall serve Plaintiff's Opening Brief on or before **June 9, 2017**. |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Plaintiff shall have an extension of time of thirty (30) days to file her Opening Brief. Plaintiff's counsel seeks this extension due to a serious illness in her family resulting in significant unanticipated time away from the office and a corresponding negative impact on briefing schedules. Counsel shall serve Plaintiff's Opening Brief on or before **June 9, 2017**.

Respectfully submitted,

Dated: May 5, 2017                NEWEL LAW

By: *Melissa Newel*
Melissa Newel
Attorney for Plaintiff
MELVIN EUGENE TURNBOW

Dated: May 5, 2017                PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: Chantal Jenkins*
CHANTAL JENKINS
(*Authorized by email dated 05/05/2017*)
Special Assistant U.S. Attorney
Attorneys for Defendant

## **ORDER**

Based upon the above stipulation of the parties, and good cause shown, IT IS HEREBY ORDERED that Plaintiff shall have an extension of time of thirty (30) days, up to and including June 9, 2017, to serve her confidential letter brief. All other deadlines set forth in the Scheduling Order (ECF Doc. 4) are modified accordingly.

IT IS SO ORDERED.

Dated: **May 8, 2017**            /s/ Erin P. Groig
                                   UNITED STATES MAGISTRATE JUDGE